# Order

Michigan Supreme Court
Lansing, Michigan

May 24, 2016

151876

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

WILLIE OTIS WASHINGTON,
    Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 151876
COA: 326168
Kalamazoo CC: 2008-002003-FC

_____/

    On order of the Court, the application for leave to appeal the June 12, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.508(D).



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2016



d0516

Clerk